SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: 25-01421MB (BGM)

☒ FILED  ☐ LODGED

**Mar 07 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 02/10/2025 | 02/20/2025 | CFA M. Collette |

INVENTORY MADE IN THE PRESENCE OF   SA L. Pinto

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

The data is in the process of being extracted from the cellphone.

# NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 03/06/2025

Executing Officer's Signature

Luisa Pinto/HSI Special Agent
Printed Name and Title